# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **WILLIE MOODY, JR.,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
|    v. | )    Civil Action No. 2:19-cv-730 |
| | ) |
| **SES OF MONTGOMERY, LLC,** | ) |
| | ) |
|    **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Willie Moody, Jr. and Defendant SES of Montgomery, LLC, by and through undersigned counsel of record, and stipulate to the dismissal with prejudice of all counts against Defendant with each party to bear their own cost.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

*s/Bridget M. Ballentine*
BRIDGET M. BALLENTINE (ASB-3487-G61W)
The Law Office of Bridget Ballentine
2029 Holtville Road
Wetumpka, Alabama 36092
Telephone: (334) 247-3662
Attorney for Plaintiff, Willie Moody, Jr.

*s/T. Grant Sexton, Jr.*
T. GRANT SEXTON, JR. (ASB-0915-S40S)
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street / Post Office Box 270
Montgomery, Alabama 36101
Telephone: (334) 206-3176
Attorney for Defendant, SES of Montgomery, LLC