**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 1, 2020

# NOTICE OF ERROR

**To:** All Counsel of Record

**Case Style:** Moody v. SES of Montgomery, LLC

**Case Number:** 2:19-cv-00730-SRW

**Referenced Pleading:** STIPULATION of Dismissal

**Docket Entry Number:** 20

**The referenced document was entered on \*\*\*May 1, 2020\*\*\* in this case and is hereby STRICKEN as an erroneous duplicate docket entry. Counsel filed corrected entry as document 20 without contacting the Clerk's Office for proper correction pursuant to the requirements of the ECF Civil Administrative Procedures.**

**Parties are instructed to disregard docket entry 20, which has been stricken from the record, and refer to docket entry 19 for correct entry.**